# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2020

160344(20)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

**CITY OF EAST LANSING,**
        Plaintiff-Appellee,

v

**KIPLING CORNELL WILSON,**
        Defendant-Appellant.

SC: 160344
COA: 348391
Ingham CC: 18-000410-AV

_____/

On order of the Court, the motion for reconsideration of this Court's June 30, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2020



a0921

Clerk